■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSHAWN CHILDRESS, Appellant. [52 NYS3d 644]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Camacho, J.), rendered March 26, 2015, convicting him of criminal possession of stolen property in the fourth degree and criminal possession of stolen property in the fifth degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish beyond a reasonable doubt the defendant's guilt of criminal possession of stolen property in the fourth degree, and two counts of criminal possession of stolen property in the fifth degree (*see* Penal Law §§ 165.40, 165.45 [4]; *People v Cintron*, 95 NY2d 329 [2000]; *People v Zorcik*, 67 NY2d 670 [1986]; *People v Carter*, 19 NY2d 967

[1967]; *People v Brown*, 75 AD3d 515 [2010]; *People v Holder*, 189 AD2d 783 [1993]; *People v Supino*, 64 AD2d 720 [1978]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contention is without merit. Mastro, J.P., Sgroi, LaSalle and Connolly, JJ., concur.